MATTHEW D. CHURCH, #15574
**PLANT CHRISTENSEN & KANELL**
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
mchurch@pckutah.com- (801) 363-7611
*Attorney for Ogden City Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| FREDRICK JERESUN ATKIN, in both is capacity as the personal representative of the estate of Fredrick Jeremy Atkin and as a son of the deceased, JADE LORENE ATKIN, AEL (a minor), JOLENE WARDLE and JODY ATKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTH OGDEN CITY, OGDEN CITY, RIVERDALE CITY, CHRISTOPHER FREESTONE, OFFICER DOXSTADER, OFFICER NIGEL BAILEY, OFFICER COLTON HOPPER, OFFICER BENJAMIN DICKMAN, and JOHN DOES 1 THROUGH 10,<br>    Defendants. | **CERTIFICATE OF SERVICE FOR OGDEN CITY DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST DOCUMENT REQUESTS**<br><br><br>Civil No. 1:20-cv-00102-DBB-DAO<br><br>Judge David Barlow<br><br>Magistrate Daphne A. Oberg |

I certify that on April 29, 2021, I caused a true and correct copy of **OGDEN CITY DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST DOCUMENT REQUESTS** to be delivered via electronic mail, and this **CERTIFICATE OF SERVICE** to be electronically filed with the Clerk of the Court, and served electronically through e-filing and/or email to the following parties:

Blake s. Atkin
ATKIN LAW OFFICES
blake@atkinlawoffices.net
*Attorney for Plaintiffs*

Heather S. White
Dani N. Cepernich
SNOW CHRISTENSEN & MARTINEAU
hsw@scmlaw.com
dnc@scmlaw.com
*Attorneys for Defendants South Ogden City and Christopher Freestone*

Noah M Hoagland
Jesse C. Trentadue
Robert J. Brennan
SUITTER AXLAND
nhoagland@sautah.com
jesse32@sautah.com
rbrennan@sautah.com
*Attorneys for Defendant Riverdale City*

DATED April 29, 2021

_____
Caroline Smith
*Paralegal*